**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In the matter of:**

JOSEPH G. DUMOUCHELLE, and
MELINDA J. ADDUCCI,

*Debtors*.

Bankruptcy Case No. 19-54531
Hon. Lisa S. Gretchko
Chapter 7

WILLIAM NOBLE RARE JEWELS, LP
*Plaintiff,*

v.

JOSEPH G. DUMOUCHELLE, and
MELINDA J. ADDUCCI,

*Defendants*.

Adv. Pro. No. 20-04387
Hon. Lisa S. Gretchko

## STIPULATION FOR ENTRY OF
## ORDER DISMISSING ADVERSARY PROCEEDING

**NOW COME** the Defendant, JOSEPH G. DUMOUCHELLE and MELINDA J. ADDUCCI, by and through their counsel, JOHN R. FOLEY, P.C., and Plaintiff, WILLIAM RARE JEWELS, LP, by its counsel, WERNETTE HEILMAN PLLC, who hereby stipulate and agree to the entry of the proposed Order attached hereto as **Exhibit 1.**

Stipulated & Agreed:

**WERNETTE HEILMAN PLLC**
Counsel for Plaintiff

By: /s/ Ryan D. Heilman
Ryan D. Heilman (P63952)
40900 Woodward Ave Ste 111
Bloomfield Hills, MI 48304-5116
Phone: (248) 835-4745
Email: ryan@wernetteheilman.com

Date: July 21, 2023

**JOHN R. FOLEY, P.C.**
Counsel for Defendants

By: /s/ Patrick A. Foley
Patrick A. Foley (P74323)
18572 W. Outer Drive
Dearborn, MI 48128
Phone: (313) 274-7377
Email: pafoley@jrfpc.net

Date: July 21, 2023

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In the matter of:**

JOSEPH G. DUMOUCHELLE, and
MELINDA J. ADDUCCI,

*Debtors*.

Bankruptcy Case No. 19-54531
Hon. Lisa S. Gretchko
Chapter 7

WILLIAM NOBLE RARE JEWELS, LP
*Plaintiff,*

v.

JOSEPH G. DUMOUCHELLE, and
MELINDA J. ADDUCCI,

*Defendants*.

Adv. Pro. No. 20-04387
Hon. Lisa S. Gretchko

## STIPULATED ORDER DISMISSING ADVERSARY PROCEEDING

**THIS MATTER** having come before the Court on the stipulation by and between the Defendant, JOSEPH G. DUMOUCHELLE and MELINDA J. ADDUCCI, by and through their counsel, JOHN R. FOLEY, P.C., and Plaintiff, WILLIAM NOBLE RARE JEWELS, LP, by its counsel, WERNETTE HEILMAN PLLC., to entry of this Order; the Court having reviewed the same; and the Court being otherwise duly advised in the premises;

**NOW THEREFORE;**

**IT IS HEREBY ORDERED** as follows:

1. This adversary proceeding is hereby dismissed with prejudice, and without costs or fees awarded to any party.

2. This dismissal is without prejudice to Plaintiff's Proofs of Claim as filed in this bankruptcy case, and the related business bankruptcy case, Case No. 19-56239-LSG (Bankr. E.D. Mich).