**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In the matter of:**

| | |
|---|---|
| JOSEPH G. DUMOUCHELLE, and MELINDA J. ADDUCCI, *Debtors*. | Bankruptcy Case No. 19-54531 Hon. Lisa S. Gretchko Chapter 7 |
| WILLIAM NOBLE RARE JEWELS, LP *Plaintiff,* v. JOSEPH G. DUMOUCHELLE, and MELINDA J. ADDUCCI, *Defendants*. | Adv. Pro. No. 20-04387 Hon. Lisa S. Gretchko |

**STIPULATED ORDER DISMISSING ADVERSARY PROCEEDING**

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 53) between the Defendants, JOSEPH G. DUMOUCHELLE and MELINDA J. ADDUCCI, by and through their counsel, JOHN R. FOLEY, P.C., and Plaintiff, WILLIAM NOBLE RARE JEWELS, LP, by its counsel, WERNETTE HEILMAN PLLC, consenting to the entry of this Order. The Court has reviewed the Stipulation and based thereon finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

1. This adversary proceeding is hereby dismissed with prejudice, and without costs or fees awarded to any party.

2. This dismissal is without prejudice to Plaintiff's Proofs of Claim as filed in this bankruptcy case, and the related business bankruptcy case, Case No. 19-56239-LSG (Bankr. E.D. Mich.)

**Signed on July 21, 2023**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**